AO 442 (Rev. 11/11) Arrest Warrant

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2026 MAY -4 PM 4:39
CLERK
BY [signature]
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

District of Vermont

United States of America
v.

SERGIO GOMEZ ROMERO, a/k/a "Tony"

*Defendant*

Case No. 2:26-CR-27-2

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Sergio Gomez Romero,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Alien smuggling conspiracy, in violation of 8 U.S.C. § 1324(a)(1)(A)(i), (A)(v)(I).
Alien smuggling for private financial gain, in violation of 8 U.S.C. § 1324(a)(2), (B)(ii).

Date: 03/26/2026

[signature]
*Issuing officer's signature*

City and state: Burlington, VT

Christina Reiss, Chief District Court Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 03/26/2026, and the person was arrested on *(date)* 05/01/2026
at *(city and state)* QUEENS, NY.

Date: 05/01/2026

S. Nelson
*Arresting officer's signature*

SCOTT NELSON DUSM
*Printed name and title*

ON BEHALF OF HSI