AO 442 (Rev. 11/11) Arrest Warrant

DISTRICT COURT
DISTRICT OF VERMONT
FILED
2026 AUG 20 PM 2:22
CLERK
BY ______
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

District of Vermont

United States of America
v.

MARCO ANTONIO OCAMPO FRANCISCO,
a/k/a "Montana," a/k/a "Montreal"

*Defendant*

Case No. 2:26-CR-27-1

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Marco Antonio Ocampo Franciso,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Alien smuggling conspiracy, in violation of 8 U.S.C. § 1324(a)(1)(A)(i), (A)(v)(I).
Alien smuggling for private financial gain, in violation of 8 U.S.C. § 1324(a)(2), (B)(ii).

Date: 03/26/2026

*Issuing officer's signature*

City and state: Burlington, VT

Christina Reiss, Chief District Court Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/26/26, and the person was arrested on *(date)* 7/8/26
at *(city and state)* Newark, NJ.

Date: 8/18/26

*Arresting officer's signature*

Carl Staley Spouse
*Printed name and title*

On behalf of USBP